ALAMANCE COUNTY BD. OF EDUCATION v.
BOBBY MURRAY CHEVROLET

No. 51P96

Case below: 121 N.C.App. 222

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

ALLEN v. N.C. DEPT. OF TRANSPORTATION

No. 500P95

Case below: 120 N.C.App. 627

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

ARTIS v. OCCIDENTAL LIFE INS. CO.

No. 58P96

Case below: 121 N.C.App. 396

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

AUNE v. UNIVERSITY OF NORTH CAROLINA

No. 497P95

Case below: 120 N.C.App. 430

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

BRYANT v. STATE FARM MUT. AUTO. INS. CO.

No. 38P96

Case below: 121 N.C.App. 219

Petition by plaintiff (Roark) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.